(126 So. 927)

**Kathleen STUBBS v. STATE.**

**8 Div. 869.**

Court of Appeals of Alabama.
Feb. 18, 1930.

SAMFORD, J.
Affirmed.

(124 So. 926)

**Frank STURDIVANT v. STATE. (1 Div. 898.)**

Court of Appeals of Alabama. Nov. 26, 1929.

BRICKEN, P. J. The indictment preferred by the grand jury against this appellant at the January, 1929, term of Mobile circuit court, charged him with the offense of crime against nature. Code 1923, § 3862.

He was tried and convicted as charged, and duly sentenced to an indeterminate term of imprisonment in the penitentiary. From the judgment of conviction he appealed, and rests his appeal here upon the record proper only, there being no bill of exceptions.

There is no error in the record. The judgment of conviction in the lower court, from which this appeal was taken, is affirmed.

Affirmed.

(119 So. 926)

**SULLIGENT AUTO CO. v. W. P. MORDECAI.**

**(6 Div. 506.)**

Court of Appeals of Alabama. Dec. 20, 1928.

PER CURIAM. Appeal dismissed for want of prosecution.

(122 So. 926)

**Bart SULLIVAN v. STATE. (6 Div. 517.)**

Court of Appeals of Alabama. April 30, 1929.

SAMFORD, J. Affirmed.

(125 So. 926)

**Ishmael SUMMERS v. CITY OF ANNISTON.**

**(7 Div. 672.)**

Court of Appeals of Alabama. Jan. 16, 1930.

PER CURIAM. Appeal dismissed for want of prosecution.

(125 So. 926)

**Ishmael SUMMERS v. CITY OF ANNISTON.**

**(7 Div. 647.)**

Court of Appeals of Alabama. Jan. 16, 1930.

PER CURIAM. Appeal dismissed for want of prosecution.

(125 So. 926)

**Ishmael SUMMERS v. CITY OF ANNISTON.**

**(7 Div. 646.)**

Court of Appeals of Alabama. Jan. 16, 1930.

PER CURIAM. Appeal dismissed for want of prosecution.

(125 So. 926)

**Sam SWINDLE v. STATE. (6 Div. 705.)**

Court of Appeals of Alabama. Jan. 14, 1930.

SAMFORD, J. Affirmed.

(125 So. 927)

**Elijah TATUM v. STATE. (1 Div. 859.)**

Court of Appeals of Alabama. Nov. 26, 1929.

Rehearing Denied Jan. 7, 1930.

C. L. Hybart, of Monroeville, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Affirmed.